IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DOMINIC OMIAGBO | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-802-SDJ-BD |
| | § | |
| CHRISTOPHER M. GEORGE, ET AL. | § | |
| | § | |
| | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 7, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #65), that Plaintiff Dominic Omiagbo's ("Plaintiff") Motion to Remand, (Dkt. #20), be denied. Plaintiff filed Objections, (Dkt. #67), to the Report.

The Court conducted a de novo review of the Objections and the portions of the Report to which Defendant specifically objects, and the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that the Objections are without merit as to the ultimate findings of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

**IT IS ORDERED** that the Motion to Remand, (Dkt. #20), is **DENIED**.

**So ORDERED and SIGNED this 4th day of August, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE